








```
JPP    9/24/02    9:27
3:02-CV-01900   SANYO ENERGY V. BYD COMPANY LIMITED
*1*
*CMP.*
```

```
HOGAN & HARTSON LLP
Stuart Lubitz (SB#: 0354710)
David L. Lubitz (SB# 162794)
Lawrence J. McClure (SB# 176090)
500 South Grand Avenue
Suite 1900
Los Angeles, California 90071
Telephone: (213) 337-6700
Facsimile: (213) 337-6701

Attorneys for Plaintiff
SANYO ENERGY (USA) CORPORATION
```

FILED

02 SEP 23 AM 10: 42

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANYO ENERGY (USA) CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BYD COMPANY LIMITED, a People's Republic of China joint stock limited company, BYD AMERICA CORPORATION, an Illinois corporation,<br><br>Defendants. | Case No. '02 CV 01906 L (LAB)<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, by its attorneys, alleges as follows:

**THE PARTIES**

1. Plaintiff Sanyo Energy (USA) Corporation ("SANYO") is a corporation organized and existing under the laws of Delaware, with its principal place of business located at 2055 Sanyo Avenue, San Diego, California 92154.

2. On information and belief, defendant BYD Company Limited ("BYD") is a joint stock limited company incorporated in and organized under the laws of People's Republic of China with limited liability, with its principal place of business located at Yan An Road, KuiChong Longgang District, Shenzhen, 518119, P.R.C.

1



\\\LA - 81780/0025 - 138851 v4

3. On information and belief, defendant BYD America Corporation ("BYD AMERICA") is a corporation organized and existing under the laws of Illinois, with its principal place of business located at 1420 Howard Street, Elk Grove Village, Chicago, Illinois.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1338(a) because it involves claims of patent infringement, and pursuant to 28 U.S.C. §1332 because this action is between citizens of different states and the matter in controversy is believed to exceed the sum or value of $75,000.00, exclusive of interest and costs. Venue is proper within this judicial district pursuant to 28 U.S.C. §§1391(b) and (c) and 1400(b).

## BACKGROUND

5. A battery pack is a re-chargeable, portable power source usually employing one or more batteries.

6. SANYO is a leading seller of lithium ion batteries in the United States. The lithium ion batteries sold by Sanyo are incorporated into battery packs, which are sold throughout the United States.

7. On information and belief, BYD and BYD AMERICA are involved in the business of selling, offering to sell, and/or assembling lithium ion batteries in the United States or exporting and/or importing lithium ion batteries into the United States.

8. Lithium ion batteries sold by BYD and BYD AMERICA are incorporated into battery packs sold in the United States.

## COUNT I

### PATENT INFRINGEMENT BY BYD AND BYD AMERICA

9. SANYO incorporates the allegations of paragraphs 1-8 as though fully set forth herein.

10. On November 17, 1997, United States Letters Patent No. 5,686,138 (hereinafter "the '138 patent") entitled "Lithium Secondary Battery" was duly and legally issued in the name of inventors Masahisa Fujimoto, Noriyuki Yoshinaga, Koji Ueno, Nobuhiro Furukawa, Toshiyuki Nohma, and Masatoshi Takahashi.

11. On November 2, 1999, United States Letters Patent No. 5,976,729 (hereinafter "the '729 patent") entitled "Cell which Secures the Reliability of a Protective Circuit" was duly and legally issued in the name of inventors Takuma Morishita, Kazuro Moriwaki, Masatoshi Takahashi, and Kensuke Nakatani.

12. SANYO is the exclusive licensee of each of the '138 and '729 patents.

13. On information and belief, defendants BYD and BYD AMERICA have infringed and are currently infringing the '138 and '729 patents, by making, having made, using, importing, selling and offering for sale, products embodying the inventions claimed in the '138 and '729 patents.

14. Each of BYD's infringing activities and BYD AMERICA's infringing activities, are without the consent of, authority of, or license from, SANYO.

15. Both BYD and BYD AMERICA have been given notice of their infringing activities. Notwithstanding such notice, SANYO believes that both BYD and BYD AMERICA will continue such infringing activities.

16. BYD's infringement has been and continues to be willful, knowing and deliberate.

17. BYD AMERICA's infringement has been and continues to be willful, knowing and deliberate.

18. As a direct and proximate result of BYD's infringement and BYD AMERICA's infringement, SANYO has suffered damages in an amount which cannot yet be fully ascertained, but which are believed to far exceed the sum of $75,000.

19. Unless permanently enjoined, BYD and BYD AMERICA will continue to engage in the aforementioned acts, to SANYO's further and continuing damage. Such continuing acts

\\LA - 81780/0025 - 138851 v4

1  will, unless enjoined, cause irreparable damage in that SANYO will have no adequate remedy at
2  law to compel defendants to cease such acts.
3      Wherefore, SANYO demands:
4      a.   Entry of a preliminary injunction enjoining BYD, BYD AMERICA, their officers,
5  agents, servants, employees, and attorneys, and those persons in active concert or participation
6  with it who receive actual notice thereof, from directly or indirectly infringing, or inducing the
7  infringement of the '138 and '729 patents, said injunction to be made permanent following trial;
8      b.   Judgment in favor of SANYO and against BYD and BYD AMERICA, for
9  infringement of the '138 and '729 patents;
10     c.   An award of SANYO's damages for infringement by BYD and BYD AMERICA,
11 in an amount adequate to compensate but in no event less than a reasonable royalty.
12     d.   An award of SANYO's treble damages for willful, knowing and deliberate
13 infringement of the '138 and '729 patents, by BYD and BYD AMERICA.
14     e.   Entry of judgment for SANYO's costs, interest, and reasonable attorney fees
15 incurred herein.
16     f.   Such other and further relief as the Court may deem appropriate.
17
18 Dated: September 19, 2002
19                                                 HOGAN & HARTSON LLP
20
21                                                 By: _____
                                                       Stuart Lubitz
22
                                                   Attorneys for Plaintiff
23                                                 SANYO ENERGY (USA) CORPORATION

4

1 | **DEMAND FOR JURY TRIAL**

2 | Pursuant to Rule 38 of the Federal Rules of Civil Procedure, SANYO demands a trial by
3 | jury on all issues triable as of right by a jury.
4 | Dated: September ___, 2002

HOGAN & HARTSON LLP

By: _____
Stuart Lubitz

Attorneys for Plaintiff
SANYO ENERGY (USA) CORPORATION

\\\LA - 81780/0025 - 138851 v4

# CIVIL COVER SHEET
(Reverse Side)

**AFTER COMPLETING THE FRONT SIDE OF FORM JS-44C, COMPLETE THE INFORMATION REQUESTED BELOW.**

**VIII(b). RELATED CASES:** Have any cases been previously filed that are related to the present case?    __x__ No  _____ Yes

If yes, list case number(s): _____

CIVIL CASES ARE DEEMED RELATED IF A PREVIOUSLY FILED CASE AND THE PRESENT CASE:

(CHECK ALL BOXES THAT APPLY)
- [ ] A. Appear to arise from the same or substantially identical transactions, happenings, or events;
- [ ] B. Involve the same or substantially the same parties or property;
- [ ] C. Involve the same patent, trademark or copyright;
- [ ] D. Call for determination of the same or substantially identical questions of law, or
- [ ] E. Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**IX. VENUE:** List the California County, or State if other than California, in which **EACH** named plaintiff resides.  (Use an additional sheet if necessary)

[ ] CHECK HERE IF THE US GOVERNMENT, ITS AGENCIES OR EMPLOYEES IS A NAMED PLAINTIFF.

San Diego

List the California County, or State if other than California, in which **EACH** named defendant resides.    (Use an additional sheet if necessary).

[ ] CHECK HERE IF THE US GOVERNMENT, ITS AGENCIES OR EMPLOYEES IS A NAMED DEFENDANT.

Illinois, People's Republic of China

List the California County, or State if other than California, in which **EACH** claim arose.    (Use an additional sheet if necessary).

**NOTE:** In land condemnation cases, use the location of the tract of land involved.

San Diego

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** X _[signature]_    Date 9/19/02

**NOTICE TO COUNSEL/PARTIES:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3.3 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical Codes relating to Social Security Cases:

| NATURE OF SUIT CODE | ABBREVIATION | SUBSTANTIVE STATEMENT OF CAUSE OF ACTION |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

AO 120 (3/85)

| TO:<br>Commissioner of Patents and Trademarks<br>Washington, D.C. 20231 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT |
|---|---|

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>02-CV-1900 L(LAB) | DATE FILED<br>09-23-02 | U.S. DISTRICT COURT<br>United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF<br>Sanyo Energy (USA) Corp. | | DEFENDANT<br>BYD Company Limited; BYD America |

| | PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1 | 5,686,138 | 11-17-97 | Sanyo |
| 2 | 5,976,729 | 11-02-99 | Sanyo |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4 - Case file copy

AO 120 (3/85)

| TO:<br>Commissioner of Patents and Trademarks<br>Washington, D.C. 20231 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT |
|---|---|

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>02-CV-1900 L(LAB) | DATE FILED<br>09-23-02 | U.S. DISTRICT COURT<br>United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF<br>Sanyo Energy (USA) Corp. | | DEFENDANT<br>BYD Company Limited; BYD America |

| | PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1 | 5,686,138 | 11-17-97 | Sanyo |
| 2 | 5,976,729 | 11-02-99 | Sanyo |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT NO. | DATE OF PATENT | PATENTEE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4 - Case file copy

AO 120 (3/85)

| TO:<br><br>Commissioner of Patents and Trademarks<br>Washington, D.C. 20231 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT |
|---|---|

In compliance with the Act of July 19, 1952 (66 Stat. 814; 35 U.S.C. 290) you are hereby advised that a court action has been filed on the following patent(s) in the U.S. District Court:

| DOCKET NO.<br>02-CV-1900 L(LAB) | DATE FILED<br>09-23-02 | U.S. DISTRICT COURT<br>United States District Court, Southern District of California |
|---|---|---|
| PLAINTIFF<br>Sanyo Energy (USA) Corp. | | DEFENDANT<br>BYD Company Limited; BYD America |
| PATENT NO. | DATE OF PATENT | PATENTEE |
| 1  5,686,138 | 11-17-97 | Sanyo |
| 2  5,976,729 | 11-02-99 | Sanyo |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT NO. | DATE OF PATENT | PATENTEE | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

Copy 1 - Upon initiation of action, mail this copy to Commissioner   Copy 3 - Upon termination of action, mail this copy to Commissioner
Copy 2 - Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4 - Case file copy

# CIVIL COVER SHEET

**I (a) PLAINTIFFS**
SANYO ENERGY (USA) CORPORATION, a Delaware corporation,

**DEFENDANTS**
BYD COMPANY LIMITED, a People's Republic of China joint stock limited company, BYD AMERICA CORPORATION, an Illinois corporation

FILED
02 SEP 23 AM 10:42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____

'02 CV 01900 L (LAB)

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
EXCEPT IN U.S. PLAINTIFF CASES

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Peoples Republic of China

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Stuart Lubitz (SBN 354710)
David L. Lubitz (SBN 162794)
Lawrence J. McClure (SBN 176090)
HOGAN & HARTSON LLP
500 S. Grand Avenue, Suite 1900, Los Angeles, CA 90071
Telephone No.: (213) 337-6700

**ATTORNEYS (IF KNOWN)**

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties In Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] Appeal to District Judge from Magistrate Judgment

## V. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23
- **DEMAND $** Damages and Injunction
- Check YES only if demanded in complaint:
- **JURY DEMAND:** [X] YES [ ] NO

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
Complaint for patent infringement, 35 U.S.C. Section 271(a)

## VII. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| OTHER STATUTES | CONTRACT | TORTS – PERSONAL INJURY | TORTS – PERSONAL INJURY / PROPERTY | FORFEITURE/PENALTY | BANKRUPTCY / OTHER |
|---|---|---|---|---|---|
| 400 State Reapportionment | 110 Insurance | 310 Airplane | 362 Personal Injury-Med Malpractice | 610 Agriculture | 422 Appeal 28 USC 158 |
| 410 Antitrust | 120 Marine | 315 Airplane Product Liability | 365 Personal Injury- Product Liability | 620 Other Food & Drug | 423 Withdrawal 28 USC 157 |
| 430 Banks and Banking | 130 Miller Act | 320 Assault, Libel & Slander | 368 Asbestos Personal Injury Product Liability | 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** |
| 450 Commerce/ICC Rates/etc. | 140 Negotiable Instrument | 330 Federal Employers' Liability | **PERSONAL PROPERTY** | 630 Liquor Laws | 820 Copyrights |
| 460 Deportation | 150 Recovery of Overpayment & Enforcement of Judgment | 340 Marine | 370 Other Fraud | 640 R.R. & Truck | [X] 830 Patent |
| 470 Racketeer Influenced and Corrupt Organizations | 151 Medicare Act | 345 Marine Product Liability | 371 Truth in Lending | 650 Airline Regs | 840 Trademark |
| 810 Selective Service | 152 Recovery of Defaulted Student Loans (Excl. Veterans) | 350 Motor Vehicle | 380 Other Personal Property Damage | 660 Occupational Safety/Health | **SOCIAL SECURITY** |
| 850 Securities/Commodities/Exchange | 153 Recovery of Overpayment Of Veteran's Benefits | 355 Motor Vehicle Product Liability | 385 Property Damage Product Liability | 690 Other | 861 HIA (1395ff) |
| 875 Customer Challenge 12 USC 3410 | 160 Stockholders' Suits | 360 Other Personal Injury | | **LABOR** | 862 BlackLung(923) |
| 891 Agricultural Act | 190 Other Contract | | | 710 Fair Labor Standards Act | 863 DIWC/DIWW (405(g)) |
| 892 Economic Stabilization Act | 195 Contract Product Liability | | | 720 Labor/Mgmt. Relations | 864 SSID Title XVI |
| 893 Environmental Matters | **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 730 Labor/Mgmt. Reporting & Disclosure Act | 865 RSI (405(g)) |
| 894 Energy Allocation Act | 210 Land Condemnation | 441 Voting | 510 Motions to Vacate Sentence Habeas Corpus | 740 Railway Labor Act | **FEDERAL TAX SUITS** |
| 895 Freedom of Information Act | 220 Foreclosure | 442 Employment | 530 General | 790 Other Labor Litigation | 870 Taxes (U.S. Plaintiff or Defendant) |
| 900 Appeal of Fee Determination Under Equal Access to Justice | 230 Rent Lease & Ejectment | 443 Housing/Accommodations | 535 Death Penalty | 791 Empl. Ret. Inc. Security Act | 871 IRS - Third Party 26 USC 7609 |
| 950 Constitutionality of State Statutes | 240 Torts to Land | 444 Welfare | 540 Mandamus&Other | | |
| 890 Other Statutory Actions | 245 Tort Product Liability | 440 Other Civil Rights | 550 Civil Rights | | |
| | 290 All Other Real Property | | 555 Prison Condition | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed?   __x__ No   ____ Yes
If yes, list case number(s): _____

CV71 (3/97)                    CIVIL COVER SHEET - Continued on Reverse                    Page 1 of 2
                                                                                            CCD-JS44

$150.00   9/23/02   #86888