## USDC SCAN INDEX SHEET

















```
RYC    4/22/04    16:15
3:02-CV-01900    SANYO ENERGY V. BYD COMPANY LIMITED
*211*
*O.*
```

FILED

APR 21 2004

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANYO ENERGY CORPORATION, a Delaware corporation,<br><br>　　　　　Plaintiff,<br>v.<br><br>BYD COMPANY LIMITED, a People's Republic of China joint stock limited company; BYD AMERICA CORPORATION, an Illinois corporation,<br><br>　　　　　Defendants. | Civil No. 02cv1900-B(AJB)<br><br>Order Denying Sanyo's Motion to Preclude Defendants from Offering Dr. Kinoshita and Professor Snyder as Testifying Expert Witnesses [Doc. No. 127]; Denying Sanyo's Motion to Exclude Expert Report of Dr. Kinoshita [Doc. No. 131] |

　　　Plaintiff Sanyo Energy USA ("Sanyo") moves the Court for an order precluding Defendant BYD from offering at trial the testimony of two newly designated expert witnesses, Dr. Kinoshita and Professor Snyder. Plaintiff also moves the Court for an order excluding Dr. Kinoshita's report. Sanyo argues that BYD's designation of these experts was untimely pursuant to the January 30, 2003 Scheduling Order. BYD filed an opposition and Sanyo filed a reply.

　　　A hearing was held before Magistrate Judge Battaglia regarding Plaintiff's motions on April 2, 2004. Laurence Pretty and Lawrence McClure appeared on behalf of Plaintiff. Alan MacPherson, Edward Kwok, and Clark Stone appeared on behalf of Defendant. Subsequent thereto, on April 16, 2004, Judge Brewster granted BYD's motion for leave to file a second amended answer and counterclaim asserting new factual allegations to support their affirmative defenses and counterclaim that the

1  '138 and '728 patents are unenforceable as a result of the withholding of alleged material information
2  from the Patent Office and/or the intentional submission of falsified data to the PTO. In that Order,
3  Judge Brewster ordered that discovery be reopened limited to the new factual allegations and that all
4  remaining dates in this case be vacated.

5   Upon review, this Court concludes that Sanyo's motions are moot in light of Judge Brewster's
6  order reopening discovery with regard to the factual allegations contained within BYD's soon-to-be-filed
7  Second Amended Answer and Counterclaim. Dr. Kinoshita's opinions and report are clearly relevant to
8  this newly asserted defense of intentional submission of false data to the PTO in connection with the
9  '138 patent, as may be Professor Snyder's.[1] Therefore, Plaintiff's motions [Doc. Nos. 127 and 131] are
10 DENIED. By separate order, the Court will set a Case Management Conference in order to set a new
11 timetable for the completion of limited additional discovery and resetting the pretrial and trial dates.

12  IT IS SO ORDERED.

14  Dated: 4/20/04

   ANTHONY J. BATTAGLIA
   United States Magistrate Judge

cc: Judge Brewster
    All Counsel of Record

---

[1] At the hearing, counsel for BYD represented that Professor Snyder was retained as an expert to give rebuttal expert opinions only. Thus, it is not clear that Professor Snyder will be testifying as an expert in this case in any event.